# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4153 | DATE | 08/04/2008 |
| CASE TITLE | PNA Bank vs. Open Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

Hearing on plaintiff PNA Bank motion to remand or in the Alternative, Emergency Motion for Mandatory Injunction held on 07/29/08. Said motion is denied in part and granted in part for the reasons stated in open court. ENTER ORDER. Status hearing set for 09/17/08 at 11:00 a.m.

Docketing to mail notices.

1:30

FILED
2008 AUG -4 PM 5:17
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|